## RECONSIDERATION DOCKET

**92–2565.** State v. Scudder. *Franklin County*, No. 91AP–506. Reported at 71 Ohio St.3d 263, 643 N.E.2d 524. On motion for reconsideration. Motion denied.

Cook, J., not participating.

**92–2628.** State v. Johnson. *Summit County*, No. 15065. Reported at 71 Ohio St.3d 332, 643 N.E.2d 1098. On motion for reconsideration. The motion fails on the following vote:

Moyer, C.J., Wright and Pfeifer, JJ., would deny the motion.

Douglas, Resnick and F.E. Sweeney, JJ., would grant the motion.

Cook, J., not participating.

**93–1324.** Lutheran Social Serv. of the Miami Valley v. Limbach. Board of Tax Appeals, No. 90–Z–530. Reported at 71 Ohio St.3d 212, 643 N.E.2d 99. On motion for reconsideration. Motion denied.

Cook, J., not participating.

**93–1878.** Soc. Natl. Bank v. Security Fed. S. & L. *Cuyahoga County*, No. 63141. Reported at 71 Ohio St.3d 321, 643 N.E.2d 1090. On motion for reconsideration. Motion denied.

Pfeifer, J., dissents.

Resnick and Cook, JJ., not participating.

**93–2034.** Ohio Contractors Assn. v. Bicking. *Franklin County*, No. 93AP–939. Reported at 71 Ohio St.3d 318, 643 N.E.2d 1088. On motion for reconsideration. Motion denied.

Cook, J., not participating.

**93–2155.** State ex rel. Delong v. Indus. Comm. *Franklin County*, No. 92AP–951. Reported at 71 Ohio St.3d 358, 643 N.E.2d 1119. On motion for reconsideration. Motion denied.

Cook, J., not participating.

**94–797.** In re Estate of Mayer. *Lucas County*, No. L–93–131. Reported at 71 Ohio St.3d 390, 643 N.E.2d 1144. On motion for reconsideration. Motion denied.

Resnick and Cook, JJ., not participating.

**94–968.** Disciplinary Counsel v. Lynch. Reported at 71 Ohio St.3d 287, 643 N.E.2d 542. On motion for reconsideration. Motion denied.

Cook, J., not participating.

**94–1343.** State v. Bonnell. *Cuyahoga County*, No. 55927. Reported at 71 Ohio St.3d 223, 643 N.E.2d 108. On motion for reconsideration. Motion denied.

Cook, J., not participating.